Christopher M. Lee
State Bar No. 24041319
Jim Morrison
State Bar No. 14519050
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ELEISIA ROYMONICA WAITES | § | CASE NO. 24-40042-MXM-13 |
| | § | |
| Debtors | § | CHAPTER 13 |
| | § | |

## NOTICE OF DESIGNATING NEW LEAD COUNSEL

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, the law firm of Lee Law Firm, PLLC and would respectfully provide the Court notice of the following:

I.

Eric A. Maskell was an employee of Lee Law Firm, PLLC. Eric A. Maskell is designated as lead counsel on numerous cases assigned to the Northern District of the United States Bankruptcy Court. All cases assigned to Eric A. Maskell will be transferred to Christopher M. Lee of Lee Law Firm, PLLC. Lee Law Firm PLLC request the Court terminate Eric A. Maskell as lead counsel and designate Christopher M. Lee, located 8701 W Bedford Euless Road, Ste 510, Hurst, Texas 76053, as the lead counsel.

Respectfully Submitted,

By: /s/ Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319
Jim Morrison
State Bar No. 14519050
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-10591123 Fax

ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

This is to certify that on this May 19, 2024, a true and correct copy of the foregoing was sent via electronic mail or first-class U.S. mail to:

**DEBTOR**:
Eleisia Roymonica Waites
4112 Tobin Drive
Crowley, TX 76036

**STANDING CHAPTER 13 TRUSTEE**:
Tim Truman
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180
**U.S. TRUSTEE**
Rm. 960
1100 Commerce Street
Dallas, TX 75242

/s/ Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319
ATTORNEY FOR DEBTOR