

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ENTERED**
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 7, 2024**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In Re: ELEISI ROYMONICA WAITES § Cause no. 24-40042
§ Chapter 13

**AGREED ORDER LIFTING AUTOMATIC STAY**
(This Order Resolves Docket # 18)

1. This Order concerns the lease of Debtor's residence and that is held, directly or in its capacity as agent for the holder, by Bridge Tower Properties, LLC, ("Movant"). The property that is the subject of this motion is 4112 Tobin Drive, Crowley, TX 76036 (the "Property"). Notices sent pursuant to this Order must be sent to Brandy M. Alexander, Alexander Law, PLLC, 2502 La Branch St, Houston, TX 77004 (if to Movant) and Lee Law Firm PLLC, 8701 Bedford Euless Road, Suite 510, Hurst, TX 76503 (if to Debtors).

2. The Debtor agrees to pay the landlord the sum of $5,120.00 on or before April 15, 2024.

3. The Debtor further agrees to pay the landlord the sum of $2,437.00 on or before May 1, 2024.

4. If Debtor fails to pay as per paragraph 2 or 3 of this Agreed Order, then the Debtor agrees to the following:

A. The automatic stay regarding the Property is lifted on April 15, 2024.

B. Any co-debtor(s) stay is also lifted on April 15, 2024.

C. Debtor(s) will vacate the Property on or before April 15, 2024.

D. Debtor(s) will turn over the Property in broom swept condition on or before April 15, 2024.

AGREED AND ENTRY REQUESTED:

/s/ Brandy M. Alexander
ALEXANDER LAW, PLLC
Brandy M. Alexander
State Bar No.: 24108421
2502 La Branch St
Houston, Texas 77004
Telephone: 832-360-2318
Fax: 346-998-0886
E-mail: brandyalexander@alexanderpllc.com

LEE LAW FIRM, PLLC
Eric A. Maskell
State Bar No. ~~24041409~~ 24007723
8701 Bedford Euless Road, Suite 510
Hurst, Texas 76053
Telephone: 469-646-8995
Fax: 469-694-1059
E-mail: emaskell@leelawtx.com

# # # End of Order # # #